**In re Nomination Petition of J. Richard LYNCH, Republican Candidate for Lieutenant Governor.**

**Appeal of J. Richard LYNCH.**

Supreme Court of Pennsylvania.

Submitted May 1, 1998.
Decided May 19, 1998.

### ORDER

PER CURIAM:

AND NOW, this 19th day of May, 1998, the order of the Commonwealth Court of Pennsylvania is AFFIRMED.

■

**Iris and Philip BELCHER, Petitioners,**

v.

**ABINGTON MEMORIAL HOSPITAL and Marjorie Craft, Respondents.**

Supreme Court of Pennsylvania.

May 26, 1998.

### ORDER

PER CURIAM.

AND NOW, this 26th day of May, 1998, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is REVERSED, and the matter is REMANDED to the Court of Common Pleas of Montgomery County for consideration of the motion for judgment of non pros based upon *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998); *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998); and *Shope v. Eagle,* —— Pa. ——, 710 A.2d 1108 (Pa.1998).

SAYLOR, J., did not participate in the consideration or decision of this matter.